# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2733
LT Case No. 2015-CF-001105-A

_____

KENNETH LEE STARLING,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Kenneth Lee Starling, Madison, pro se.

Ashley Moody, Attorney General, Tallahassee, and Pamela J.
Koller, Assistant Attorney General, Daytona Beach, for Appellee.


June 11, 2024


PER CURIAM.

AFFIRMED.


JAY, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____